No. 03–10241. ORTLOFF *v.* FLEMING, WARDEN. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis*

denied, and certiorari dismissed. See this Court's Rule 39.8.